**Letoni WILSON, Defendant–Below, Appellant,**

v.

**STATE of Delaware, Plaintiff–Below, Appellee.**

**No. 446, 2016**

Supreme Court of Delaware.

Submitted: April 12, 2017

Decided: April 26, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1507000321

AFFIRMED.

61. *Id.*